IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTHA TRUJILLO,

    Plaintiff,

v.                                        Case No. 1:23-cv-01035-GJF-JMR

SYNCHRONY BANK,

    Defendant.

## SYNCHRONY BANK'S ANSWER
## AND DEFENSES TO PLAINTIFF'S COMPLAINT

Synchrony Bank, by and through counsel of record, hereby answers the Complaint of Plaintiff Martha Trujillo ("Plaintiff"). Unless expressly admitted herein, Synchrony lacks sufficient information or knowledge to admit or deny the allegations of the Complaint and, on that basis, denies the allegations.

1. Answering Paragraph 1 of the Complaint, Synchrony denies the allegations.

**Parties**

2. Answering Paragraph 2 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

3. Answering Paragraph 3 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

4. Answering Paragraph 4 of the Complaint, Synchrony admits that it issues credit card accounts. Synchrony denies the remaining allegations.

5. Answering Paragraph 5 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

6. Answering Paragraph 6 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

**Jurisdiction and Venue**

7. Answering Paragraph 7 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

8. Answering Paragraph 8 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

**Facts**

9. Answering Paragraph 9 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

10. Answering Paragraph 10 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

11. Answering Paragraph 11 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

12. Answering Paragraph 12 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

-3-

13. Answering Paragraph 13 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

14. Answering Paragraph 14 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

15. Answering Paragraph 15 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

16. Answering Paragraph 16 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

17. Answering Paragraph 17 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

18. Answering Paragraph 18 of the Complaint, Synchrony states that the cardholder agreement is a document in writing that speaks for itself. To the extent that the allegations of paragraph 18 contradict the cardholder agreement, Synchrony denies the allegations.

19. Answering Paragraph 19 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

20. Answering Paragraph 20 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

21. Answering Paragraph 21 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

22. Answering Paragraph 22 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

23. Answering Paragraph 23 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

24. Answering Paragraph 24 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

25. Answering Paragraph 25 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

26. Answering Paragraph 26 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

27. Answering Paragraph 27 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

28. Answering Paragraph 28 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

29. Answering Paragraph 29 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

30. Answering Paragraph 30 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

31. Answering Paragraph 31 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

32. Answering Paragraph 32 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

33. Answering Paragraph 33 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

34. Answering Paragraph 34 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required.  To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

35. Answering Paragraph 35 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

36. Answering Paragraph 36 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

37. Answering Paragraph 37 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

38. Answering Paragraph 38 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required.  To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

39. Answering Paragraph 39 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required.  To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

40. Answering Paragraph 40 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required.  To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

41. Answering Paragraph 41 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

42. Answering Paragraph 42 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

43. Answering Paragraph 43 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

44. Answering Paragraph 44 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required. To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

45. Answering Paragraph 45 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

46. Answering Paragraph 46 of the Complaint, Synchrony denies the allegations.

47. Answering Paragraph 47 of the Complaint, Synchrony denies that it was manifestly obvious that the $5,193.62 was not authorized. Synchrony lacks sufficient information or knowledge to admit or deny the remaining allegations and, on that basis, denies them.

48. Answering Paragraph 48 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

49. Answering Paragraph 49 of the Complaint, Synchrony denies the allegations.

50. Answering Paragraph 50 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

51. Answering Paragraph 51 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

52. Answering Paragraph 52 of the Complaint, Synchrony denies that it tried to collect an unauthorized charge. Synchrony lacks sufficient information or knowledge to admit or deny the remaining allegations and, on that basis, denies them.

53. Answering Paragraph 53 of the Complaint, Synchrony denies that it imposed any illegitimate late fees or interest or unauthorized charges.

54. Answering Paragraph 54 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

55. Answering Paragraph 55 of the Complaint, Synchrony denies that it furnished any false information regarding Plaintiff or her account. Synchrony lacks sufficient information or knowledge to admit or deny the remaining allegations and, on that basis, denies them.

56. Answering Paragraph 56 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

57. Answering Paragraph 57 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

58. Answering Paragraph 58 of the Complaint, Synchrony denies that it has harassed Plaintiff, threatened her finances, or harmed her credit. Synchrony lacks sufficient information or knowledge to admit or deny the remaining allegations and, on that basis, denies them.

59. Answering Paragraph 59 of the Complaint, Synchrony denies that it has injured Plaintiff.

60. Answering Paragraph 60 of the Complaint, Synchrony denies the allegations.

61. Answering Paragraph 61 of the Complaint, Synchrony denies the allegations.

62. Answering Paragraph 62 of the Complaint, Synchrony denies the allegations.

63. Answering Paragraph 63 of the Complaint, Synchrony denies the allegations.

64. Answering Paragraph 64 of the Complaint, Synchrony denies the allegations.

65. Answering Paragraph 65 of the Complaint, Synchrony denies the allegations.

66. Answering Paragraph 66 of the Complaint, Synchrony denies the allegations.

67. Answering Paragraph 67 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

## Jury Demand

68. Answering Paragraph 68 of the Complaint, Synchrony admits only that Plaintiff has demanded a six-person jury trial.

## First Claim for Relief:  Violation of the TILA

69. Answering Paragraph 69 of the Complaint, Synchrony denies the allegations.

70. Answering Paragraph 70 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

71. Answering Paragraph 71 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

## Second Claim for Relief:  Violations of the Unfair Practices Act

72. Answering Paragraph 72 of the Complaint, Synchrony states that the allegations contain conclusions of law to which no response is required.  To the extent a response to the allegations is deemed to be required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

73. Answering Paragraph 73 of the Complaint, Synchrony denies the allegations.

74. Answering Paragraph 74 of the Complaint, Synchrony denies the allegations.

75. Answering Paragraph 75 of the Complaint, Synchrony denies the allegations.

76. Answering Paragraph 76 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

77. Answering Paragraph 77 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

### Third Claim for Relief: Breach of Contract

78. Answering Paragraph 78 of the Complaint, Synchrony denies the allegations.

79. Answering Paragraph 79 of the Complaint, Synchrony denies the allegations.

80. Answering Paragraph 80 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

81. Answering Paragraph 81 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

### Fourth Claim for Relief: Breach of the Covenant of Good Faith and Fair Dealing

82. Answering Paragraph 82 of the Complaint, Synchrony denies the allegations.

83. Answering Paragraph 83 of the Complaint, Synchrony denies the allegations.

84. Answering Paragraph 84 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

85. Answering Paragraph 85 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

### Fifth Claim for Relief: Tortious Debt Collection

86. Answering Paragraph 86 of the Complaint, Synchrony denies the allegations.

87. Answering Paragraph 87 of the Complaint, Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

Case 1:23-cv-01035-JCH-JMR     Document 4     Filed 01/16/24     Page 10 of 14

## Sixth Claim for Relief: Conversion

88. Answering Paragraph 88 of the Complaint, Synchrony denies the allegations.

89. Answering Paragraph 89 of the Complaint, Synchrony denies the allegations.

90. Answering Paragraph 90 of the Complaint and the paragraph beginning "WHEREFORE," Synchrony denies the allegations and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

91. Synchrony denies and all allegations in the Complaint not specifically admitted in this Answer.

## DEFENSES

Synchrony hereby alleges the following separate and distinct defenses without conceding that it necessarily bears the burden of proof or persuasion.

## FIRST DEFENSE

The Complaint, and each claim therein, fails to set forth facts sufficient to state a claim against Synchrony.

## SECOND DEFENSE

Plaintiff's claims are barred by the equitable doctrine of waiver.

## THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

## FOURTH DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

## FIFTH DEFENSE

Plaintiff acquiesced in, consented to and/or ratified the acts and omissions alleged in the Complaint.

## SIXTH DEFENSE

The Complaint and each claim set forth therein are barred because Synchrony's conduct was consistent with all applicable laws and regulations.

## SEVENTH DEFENSE

Plaintiff's claims are barred because Synchrony's conduct was at all times undertaken in good faith.

## EIGHTH DEFENSE

Any alleged acts or omissions of Synchrony that give rise to Plaintiff's claims are the result of innocent mistake and/or bona fide error despite reasonable procedures implemented by Synchrony.

## NINTH DEFENSE

Plaintiff is barred, in whole or in part, from recovering from Synchrony on any of her claims because there is no causal relationship between any injury alleged to have been suffered and any act of Synchrony.

## TENTH DEFENSE

If Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of Plaintiff, and not by Synchrony.

## ELEVENTH DEFENSE

If Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of others, and not by Synchrony.

## TWELFTH DEFENSE

Plaintiff did not suffer any damages.

## THIRTEENTH DEFENSE

Plaintiff's alleged damages are speculative and not capable of being determined with reasonable certainty.

## FOURTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the failure to exercise reasonable care to mitigate her alleged damages, if any.

## FIFTEENTH DEFENSE

Plaintiff's claims are barred in whole or in part by applicable statutes of limitations, including but not limited to 15 U.S.C. § 1681p.

## SIXTEENTH DEFENSE

Some or all of Plaintiff's claims may be subject to arbitration in accordance with the terms and conditions of the account, and Synchrony reserves the right to compel arbitration pursuant to the terms and conditions of the applicable contractual agreements and/or account terms and conditions.

## SEVENTEENTH DEFENSE

Plaintiff's damages, if any, are barred to the extent Synchrony is entitled to set-offs for amounts owed by Plaintiff to Synchrony.

To the extent not set forth herein, Synchrony reserves the right to assert additional defenses that become available or apparent during discovery and to amend its Answer accordingly.

**WHEREFORE**, Synchrony prays that:

1. The Complaint be dismissed in its entirety without leave to amend and that Plaintiff take nothing by reason thereof;

2. Synchrony be awarded its costs of suit incurred herein;

3. Synchrony be awarded its attorneys' fees to the extent provided by law;

4. Judgment be entered in favor of Synchrony;

5. Synchrony be granted such other relief as the Court deems just and proper.

Dated: January 16, 2024.

                              Respectfully,

                              **HOLLAND & HART LLP**

                              */s/ Larry J. Montaño*
By _____
                              Larry J. Montaño
110 North Guadalupe, Suite 1
Santa Fe, New Mexico 87501
TEL: (505) 954-7288
FAX: (505) 944-9795
Email: lmontano@hollandhart.com

**ATTORNEYS FOR SYNCHRONY BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

By  */s/ Larry J. Montaño*
 Larry J. Montaño

31245724_v1